I am, therefore, in favor of affirming the judgment.

Judgment and order reversed and new trial ordered, with costs to appellants to abide event. Order to be settled on notice.

---

RACHEL GINSBERG, Respondent, v. HARRY WOLF and CHARLES WOLF, Copartners, Doing Business. under the Firm Name and Style of NEW YORK EMBOSSING COMPANY, Appellants.

First Department, December 5, 1913.

See head note in *Ginsberg* v. *Wolf* (*ante*, p. 412).

APPEAL by the defendants, Harry Wolf and another, from a judgment of the Supreme Court in favor of the plaintiff, entered in the office of the clerk of the county of New York on the 18th day of December, 1912, upon the verdict of a jury for $500, and also from an order entered in said clerk's office on the 2d day of January, 1913, denying defendants' motion for a new trial made upon the minutes.

*Walter L. Glenney*, for the appellants.

*E. Clyde Sherwood*, for the respondent.

PER CURIAM:

For the reasons stated in *Ginsberg* v. *Wolf* (159 App. Div. 412), decided herewith, the judgment and order appealed from are reversed, and a new trial granted, with costs to appellants to abide the event.

Present — INGRAHAM, P. J., CLARKE, SCOTT, DOWLING and HOTCHKISS, JJ.; INGRAHAM, P. J., dissented.

Judgment and order reversed and new trial ordered, costs to appellants to abide event. Order to be settled on notice.